<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 99-1637**

---

IKECHUKWU AFI IBRAHIM,

Plaintiff - Appellant,

versus

WAL-MART STORES, INCORPORATED,

Defendant - Appellee.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Newport News. Henry C. Morgan, Jr., District Judge. (CA-98-72-4)

---

Submitted: December 16, 1999      Decided: December 27, 1999

---

Before MURNAGHAN and MOTZ,[*] Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Ikechukwu Afi Ibrahim, Appellant Pro Se. Daryl Eugene Webb, Jr., Kimberly W. Daniel, MAYS & VALENTINE, Richmond, Virginia, for Appellee.

---

[*] Judge Motz did not participate in consideration of this case. The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Ikechukwi Afi Ibrahim appeals from the district court's order granting summary judgment to Wal-Mart on Ibrahim's claims alleging employment discrimination. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ibrahim v. Wal-Mart, Inc., No. CA-98-72-4 (E.D. Va. Apr. 8, 1999).[*]

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on April 7, 1999, the district court's records show that it was entered on the docket sheet on April 8, 1999. It is the date the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Fed. R. Civ. P. 58 and 79(a); Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).